

FILED

10/01/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0546

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0546

CHARLES J. CAPLETTE,

Petitioner,

v.

CAPTAIN RAY VAUGHN, WARDEN,

Respondent.

FILED

OCT - 1 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Charles J. Caplette has petitioned for habeas corpus relief, requesting this Court's intervention in his pending criminal case in the Second Judicial District Court, Butte-Silver Bow County. Caplette states he is being held in jail on excessive bail and that his incarceration is illegal. Caplette does not provide the amount of bail. He states he does not have an attorney, but nonetheless includes copies of two letters from the Office of Montana Public Defender about his counsel. He contends his right to a speedy trial has been violated because he has been in jail for more than a year with no bond reduction or hearing for release on his own recognizance. Caplette alleges that "the so[-]called victim" has made false reports to law enforcement.

Upon review of the Court's records, this appears to be Caplette's third petition for habeas corpus relief in the last year. In September 2023, the State charged Caplette with two felony counts of partner or family member assault (PFMA), and the District Court, after granting leave to file the charges, set bond at $20,000. Caplette petitioned for relief in October 2023, wherein he sought production of videos and requested appointment of another attorney. We denied his writ, directing Caplette to refrain from filing pleadings in this Court while he was represented by counsel in his underlying proceeding. *Caplette v. Vaughn*, No. OP 23-0623, Order, at 1-2 (Mont. Oct. 31, 2023) (*Caplette I*). In July of this year, we denied Caplette habeas corpus relief on similar claims of illegal restraint, excessive bail, and speedy trial right violation. *Caplette v. Captain Vaughn*, No. OP 24-

0383, Order (Mont. Jul. 9, 2024) (*Caplette II*). We pointed out then that the District Court was set to hear several motions, including a motion to vacate a change of plea hearing, filed by Caplette's counsel in June 2024.

Caplette does not provide any additional information about his bail or the proceeding pending before the District Court than provided previously. We secured a more recent copy of the court's register of actions. On August 27, 2024, the District Court, following a *Gallagher* hearing,[1] issued an Order permitting the withdrawal of counsel and appointing conflict counsel. Caplette has not been sentenced yet.

Caplette has not demonstrated illegal incarceration and there is no relief this Court is able to order. Section 46-22-101(1), MCA. Caplette will have the opportunity to appeal from any final judgment entered in the pending proceeding. M. R. App. P. 4(5)(b)(i). Accordingly,

IT IS ORDERED that Caplette's Petition for Writ of Habeas Corpus is DENIED and DISMISSED.

The Clerk is directed to provide a copy of this Order to: the Honorable Kurt Krueger, District Court Judge; Beth Parks, Clerk of District Court, under Cause No. DC-23-251, and to underlying counsel of record; counsel of record, and Charles J. Caplette personally.

DATED this 1st day of October, 2024.

_____
Chief Justice

_____

_____

---

[1] *State v. Gallagher*, 2001 MT 39, ¶ 7, 304 Mont. 215, 19 P.3d 817.

2

_____

_____
Justices